UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT FRANKFORT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. |
| | ) | 3:08-cr-31-JMH |
| v. | ) | |
| | ) | |
| MICHAEL D. SMITH, et al., | ) | |
| | ) | **MEMORANDUM OPINION AND ORDER** |
| Defendants. | ) | |

** ** ** ** **

Defendant Michael D. Smith, by counsel, has filed a Motion for
Leave to Proceed in Forma Pauperis, to Appoint Counsel, and to
Grant Leave of Counsel to Withdraw, as well as for other relief in
the form of an order requiring the Clerk's office to file a Notice
of Appeal on behalf of Defendant [DE 693].

Having considered the matters raised by the Motion, the Court
concludes that Michael D. Smith is, indeed, indigent as set forth
in his Form CJA-23 because the property in which he had any right
is now subject to forfeiture as described therein. Further, the
request for relief on that front is properly before this Court
under Fed. R. App. P. 24(a)(1).

Additionally, counsel for Defendant, Attorney Guthrie True,
seeks to withdraw with respect to further representation of

Defendant Michael D. Smith on appeal of this matter.[1]  However, 6 Cir. R. 101(a) provides that "[t]rial counsel in criminal cases, whether retained or appointed by the district court, is responsible for the continued representation of the client on appeal until specifically relieved by [the Sixth Circuit Court of Appeals]."

It would be inappropriate, therefore, for this Court to relieve Attorney True of his obligation at this time.  The better course is for Attorney True to file any Notice of Appeal on behalf of his client (which may be done without payment of fees) in this Court, then make his Motion to Withdraw before the Sixth Circuit Court of Appeals.  Counsel will then be appointed to represent Defendant Michael D. Smith by that Court.

Accordingly, **IT IS ORDERED**:

(1)  that Defendant Michael D. Smith's Motion for Leave to Proceed in Forma Pauperis, to Appoint Counsel, and to Grant Leave of Counsel to Withdraw, as well as for other relief in the form of an order requiring the Clerk's office to file a Notice of Appeal on behalf of Defendant [DE 693] is **GRANTED IN PART** and **DENIED IN PART**;

(2)  that Defendant Michael D. Smith may proceed in forma pauperis on appeal;

(3)  that any Notice of Appeal filed in this Court may be made

---

[1]     The Court notes, however, that there remain issues to be resolved before it, including resolution of what restitution is owed by this defendant.  Attorney True has not sought to withdraw from his representation of Smith in that regard.

without payment of the filing fee, which is waived in light of Defendant's status in forma pauperis.

This the 14th day of July, 2011.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge