```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION AT FRANKFORT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. |
| ) | 3:08-cr-31-JMH |
| v. ) | |
| ) | |
| MICHAEL D. SMITH, et al., ) | |
| ) | **MEMORANDUM OPINION AND ORDER** |
| Defendants. ) | |

                    **     **     **     **     **

This matter is before the Court upon the United States of America's Motion to Strike [DE 602] Mercedes Smith's Petition for Interest in Property [DE 590]. With respect to that Motion to Strike her petition as untimely, among other reasons, this Court ordered her to show cause why that motion should not be granted [DE 604]. Petitioner Mercedes Smith timely responded to that order to show cause [DE 624], and these issues are now before the Court. The Court being adequately advised, the United States' Motion to Strike is ripe for decision.

On August 2, 2010, this Court entered a Preliminary Order of Forfeiture which referenced a variety of real and personal property [DE 350]. The Preliminary Order of Forfeiture was then amended by the Court to include additional property on December 1, 2010 [DE 404] and, again, on March 10, 2011 [DE 480]. On June 2, 2011, Mercedes Smith filed a Petition for Interest in Property [DE 590], in which she asserts an interest in the proceeds of the sale of

personal property which had been removed from certain real property located in Newton, Alabama, and which was sold by the United States Marshals on April 18, 2011, a 2003 Infiniti G35, VIN #JNKCV51E43M004442,Title #02141034O155, Plate 08 997AGR, registered to Mercedes Smith; 1.39 acres on Linefork Campbells Branch, with map number 042-00-00-052.00 and located in Letcher County, Kentucky; and approximately $30,900 cash given to officials during the search of her residence at 486 Delbar Lane, Lancaster, KY on August 9, 2007.

The contents of the property in Newton, Alabama, and the proceeds from the sale thereof, as well as the 2003 Infiniti G35 and the real property located on Linefork Campbells Branch were the subject of the Court's Order of preliminary forfeiture, dated March 10, 2011 [DE 480]. By presenting the signed acknowledgment of receipt of the Notice of that forfeiture sent by the United States to Mercedes Smith (dated April 19, 2011), the government has demonstrated that Petitioner Mercedes Smith was given notice of the forfeiture of that property in this action on April 8, 2011. Under 21 U.S.C. § 853(n)(2), she had 30 days in which to file a petition asserting an interest in the property subject to forfeiture, which time expired on May 9, 2011. She did not file her Petition until June 2, 2011, [see DE 590], well over thirty days after notice was given and, for that matter, more than thirty days after she apparently signed the acknowledgment returned to the United States.

With respect to that property and her Petition, the Court has carefully considered Petitioner's Response to this Court's Order to Show Cause, and concludes that she has stated no reason why this Court should not grant the government's motion for relief based on the untimeliness of her Petition with respect to her interest in that property. The fact that she did not have personal counsel and relied upon representations made by her husband's attorneys about the return of property which caused her not to earlier file a petition are, unfortunately, no excuse for missing the deadline to file a Petition.

Finally, the Court has found no reference in its various orders to any amount of cash seized from 486 Delbar Lane on August 9, 2007. The United States offered in its Motion to Strike that the cash is not listed in any of the Court's orders of forfeiture because it was administratively forfeited by the United States Postal Inspection Service. In other words, the question of Mrs. Smith's rights in the cash is not properly before this Court as the property is not the subject of any order entered by this Court in this case. It follows that the relief she seeks is not available from this Court upon her Petition.

For all of the reasons stated above, the United States of America's motion to strike is well taken, and Mercedes Smith's Petition shall be denied as untimely.

Accordingly, **IT IS ORDERED:**

(1) the United States of America's Motion to Strike [DE 602] is **GRANTED**;

(2) that Mercedes Smith's Petition for Interest in Property [DE 590] is **DENIED**.

This the 14th day of July, 2011.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge