UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF KENTUCKY
                     **CENTRAL DIVISION AT FRANKFORT**

UNITED STATES OF AMERICA,    )
                             )
      Plaintiff,             )    Criminal Action No.
                             )        3:08-cr-31-JMH
v.                           )
                             )
MICHAEL D. SMITH, et al.,    )
                             )          **ORDER**
      Defendants.            )

                    **       **       **       **       **

    Upon the Court's own motion and with respect to the remaining issues concerning restitution in this matter, **IT IS ORDERED:**

    (1) that the United States of America shall file a brief outlining its position and setting forth proposed findings of fact and conclusions of law on or before **Friday, August 12, 2011**;

    (2) that the Defendants shall file briefs outlining their respective positions and setting forth proposed findings of fact and conclusions of law on or before **Friday, September 2, 2011**;

    (3) that the United States of America may file any reply to the Defendants' briefs on or before **Wednesday, September 14, 2011**;

    (4) that the United States of America and Defendants shall provide the Court with electronic copies of their briefs (in Word or Wordperfect format) as attachments to an email sent to jhoodmemos@kyed.uscourts.gov within a reasonable time after filing

their respective briefs, not to exceed 24 hours;

    (5) that this matter is set for a hearing on these issues on **Thursday, September 22, 2011**, at **10:00 a.m.** in **Lexington, Kentucky**.

    This the 14th day of July, 2011.



Signed By:
**Joseph M. Hood**
Senior U.S. District Judge