UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT FRANKFORT**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )                                     | |
| Plaintiff,                       ) | Criminal Action No. |
| )                                     | 3:08-cr-31-JMH |
| v.                                   ) | |
| )                                     | |
| MICHAEL D. SMITH and             ) | |
| CHRISTOPHER CELLO SMITH,         ) | **MEMORANDUM OPINION & ORDER** |
| )                                     | |
| Defendants.                      ) | |

\*\*    \*\*    \*\*    \*\*    \*\*

Defendant Michael D. Smith and Christopher Cello Smith have filed a Motion for an Order Directing the Government to Return $72,050 to Vernon Smith [DE 840]. These Defendants do not have standing to seek relief with respect to a third party's interest in property – that right lies in the claimant and is, here, being pursued in an in rem action, Lexington Civil Action No. 5:08-cv-57, United States v. $72,050.00 in United States Currency. *See United States v. Gallion*, Crim No. 07-CR-39, 2009 WL 2242413, \*3 (E.D. Ky. July 24, 2009) (citing *United States v. Christunas*, 126 F.3d 765, 769 (6th Cir. 1997) (defendant lacks standing to object to the forfeiture of assets on the ground that the property does not belong to him).

Accordingly, the Motion [DE 840] is **DENIED**.

This the 1st day of April, 2013.



Signed By:
Joseph M. Hood
Senior U.S. District Judge