UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at FRANKFORT**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:08-cr-31-JMH-HAI-1 |
| v. | ) ) | **MEMORANDUM OPINION** |
| MICHAEL D. SMITH, | ) ) | **AND ORDER** |
| Defendant. | ) ) | |

\*\*\*

Federal prisoner, Michael D. Smith, proceeding *pro se*, has filed a motion pursuant to 28 U.S.C. 2244 for leave to file a second or successive motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. [DE 1020]. Having considered Smith's motion, [id.], and being otherwise sufficiently advised **IT IS ORDERED** that Smith's motion, [DE 1020], is and hereby shall be **TRANSFERRED** to the Sixth Circuit.

The language of 28 U.S.C. 2244(b)(3)(A) provides: "[b]efore a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." In order to obtain such certification, a defendant must show that either (1) there is newly discovered evidence that, when viewed in light of the evidence as a whole, would be sufficient to establish that no reasonable factfinder

1

would have found the movant guilty of the offense; or (2) there is a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable. *Id*.

Unless the Court of Appeals has authorized the filing of a "second or successive" petition, a district court must transfer the petition to the Sixth Circuit no matter how meritorious the claim may be. *In Re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

In the instant action, it is clear that Michael D. Smith's motion seeks the approval of the Sixth Circuit for leave to file a second or successive § 2255 motion. [DE 1020]. However, he has filed his motion in the district court, rather than with the appropriate court of appeals. [Id.]. As a result, Michael D. Smith's claim is transferred to the United States Court of Appeals for the Sixth Circuit.

### III. Conclusion

For the reasons outlined above, it is hereby **ORDERED** that that the Clerk of the Court is **DIRECTED** to **TRANSFER** the matter to the United States Court of Appeals for the Sixth Circuit as a successive petition seeking relief under 28 U.S.C. § 2255.

This the 16th day of September, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge